EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: keith.celebrezze@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-00175 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| RAYMOND P. HESAPENE, JR., | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

//

//

//

information against Defendant RAYMOND P. HESAPENE, JR., due to satisfactory completion of Pretrial Diversion.

DATED:  Honolulu, Hawaii, April 25, 2006

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Keith C. Celebrezze
   KEITH C. CELEBREZZE
   Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



Leslie E. Kobayashi
United States Magistrate Judge


UNITED STATES v. RAYMOND P. HESAPENE, JR.
CR. NO.: 05-00175
"Order For Dismissal"